**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-1778**

---

ARTHUR D. MOBLEY,

Plaintiff - Appellant,

versus

RICHARD RUDEZ; HENRY PANKIE; JOHN BAKER;
DANIEL KAHN,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. William M. Nickerson, District Judge; John
R. Hargrove, Senior District Judge. (CA-96-1685)

---

Submitted: April 7, 1998            Decided: April 24, 1998

---

Before ERVIN, NIEMEYER, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Arthur D. Mobley, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant, Arthur D. Mobley, appeals the district court's orders denying relief in Mobley's employment discrimination action and denying his motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Mobley v. Rudez</u>, No. CA-96-1685 (D. Md. July 16, 1996; Mar. 13, 1997; May 1, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2